UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUN RONALD ROSIERE,<br><br>Defendant. | Case No. 2:09-MJ-00012-EJY<br><br>**ORDER ON MOTION FOR THE COURT TO INTERVENE** |

The Court has received and reviewed a "Notice/Motion for the court to intervein [sic] in correction of the cases(s)" apparently filed by John H. Feiner, who was allowed to appear on behalf of Defendant Shaun Rosier on January 16, 2009, despite having failed to file his *pro hac vice* application with the Court.

Mr. Feiner's Notice/Motion does not include points and authorities as required by Local Rule ("LR") 47-1, which constitutes agreement to denying the Notice/Motion. LR 47-3. The Court also finds that Mr. Feiner's one page Notice/Motion does not provide the Court with sufficient information to discern what he is requesting. Therefore,

IT IS HEREBY ORDERED that the "Notice/Motion for the court to intervein [sic] in correction of the case(s)" is DENIED without prejudice.

DATED THIS 19th day of August, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1